UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER L. WILDE,

    Plaintiff,

v.

    Case No. 1:20-cv-640

    Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 21, 2021, recommending that this Court vacate the Commissioner's decision and that this matter be remanded for further administrative action (ECF No. 22). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is **APPROVED** and **ADOPTED** as the Opinion of the Court, and the decision of the Commissioner of Social Security is **VACATED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** for further administrative action.

A Judgment will be entered consistent with this Order.

Dated: July 7, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE