UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER L. WILDE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:20-cv-640

Hon. Hala Y. Jarbou

## **ORDER**

On October 12, 2021, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 25) be granted and Plaintiff be awarded $6,349.90 to be paid directly to Plaintiff.  (ECF No. 26.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on October 26, 2021.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 26) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 25) is **GRANTED** and Plaintiff is awarded $6,349.90 to be paid directly to Plaintiff.

Date:   November 24, 2021                  /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU
                                                           UNITED STATES DISTRICT JUDGE